PROB 12B
(7/93)

Report Date:  December 14, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 0 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Luis Emilio Gonzalez     Case Number: 2:03CR02059-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence:  12/17/2003      Type of Supervision:

Original Offense: Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of Stolen Firearm, 18 U.S.C. § 922(j)     Date Supervision Commenced: 12/8/2006

Original Sentence: Prison - 57 Months; TSR - 24 Months     Date Supervision Expires: 12/7/2008

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

In order for substance abuse testing conditions previously ordered by the Court to be in compliance with 9th Circuit case law, the above modifications are recommended.  The offender has agreed to the modifications and a signed waiver is enclosed for the Court's review.

Respectfully submitted,

by    *Jose Zepeda*

Jose Zepeda
U.S. Probation Officer
Date:  December 14, 2006

Prob 12B
**Re:  Gonzalez, Luis Emilio**
**December 14, 2006**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

Signature of Judicial Officer

12/20/06

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17     You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18     You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness:  _____          Signed:  _____
                        Jose Zepeda                                              Luis Emilio Gonzalez
                   U.S. Probation Officer                               Probationer or Supervised Releasee

December 14, 2006
Date